THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WHOTOO INC.,

          Plaintiff,

   v.

DUN & BRADSTREET, INC.,

          Defendant.

Case No. C15-01629-RAJ

ORDER

THIS MATTER comes before the Court on Defendant Dun & Bradstreet, Inc.'s Motions to Seal Confidential Documents. Dkt. #136, 144. Defendant's motion to seal Exhibit 5 to the Declaration of Aaron Brecher re. D&B's Motion for Summary Judgment, and Exhibit 5 to the Declaration of Gregg Harting Submitted in Support of D&B's Motion for Summary Judgment is **GRANTED.** Dkt. #136.

Defendant's motion to seal Exhibit 10 to its Motion for Attorneys' Fees and Costs ("Fee Motion") and the unredacted version of the Fee Motion does not state why this information should be filed under seal. Dkt. #144. Defendant does not consider any of this information confidential, but filed the Motion because Plaintiff may wish to designate it as confidential in the future. The Motion does not contain "a specific statement of the applicable legal standard and the reasons for keeping a document under seal," as required by Local Rule 5(g). W.D. Wash. Local Rules LCR 5(g).

As such, the Court **ORDERS** Plaintiff to **show cause** why this information should be kept under seal by **August 29, 2017**. If Plaintiff fails to do so, Defendant's Motion (Dkt. #144) will be denied.

SO ORDERED this 22nd day of August, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION TO SEAL - 2
Case No. 2:15-cv-01629-RAJ
127173.0006/7041121.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107